UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

COTE & CIEL INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/11/2020_

20 Civ. 5364 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial pretrial conference is scheduled in this action for **September 15, 2020, at 10:20 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at 10:20 a.m. on September 15, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

    On July 15, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by September 8, 2020. ECF No. 7 ¶¶ 4–5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **September 14, 2020**.

    SO ORDERED.

Dated: September 11, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge